JOHN W. SPIEGEL (State Bar No. 78935)
john.spiegel@mto.com
LAUREN C. BARNETT (State Bar No. 304301)
lauren.barnett@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

ACHYUT J. PHADKE (State Bar No. 261567)
achyut.phadke@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

*Attorneys for Defendants Mattel, Inc.,
Ynon Kreiz, and Joseph J. Euteneuer*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CAROL WYATT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., YNON KREIZ, and JOSEPH J. EUTENEUER,<br><br>Defendants. | Case No. 2:19-cv-01646-CBM-MAA<br><br>**ORDER REGARDING (1) DEFENDANTS' RESPONSE TO INITIAL SECURITIES COMPLAINT AND (2) SCHEDULE FOR AMENDED COMPAINT  [22]**<br><br>Hon. Consuelo B. Marshall |

[PROPOSED] ORDER RE DFTS. RESP. TO INITIAL COMPL. AND SCHEDULE FOR AM. COMPL.

Upon Stipulation of the parties, and for good cause shown, it is hereby **ORDERED** that:

1.    Defendants are not obligated to respond to the Initial Complaint filed in this action on March 6, 2019.

2.    Within 45 days of the Court's appointment of lead plaintiff(s), such lead plaintiff(s) shall file an Amended Complaint.

3.    Defendants may answer, move against, or otherwise respond to the Amended Complaint within 45 days of the filing of the Amended Complaint.

4.    If Defendants move to dismiss the Amended Complaint, the deadline for lead plaintiff(s) to file their opposition to the motion to dismiss shall be 45 days from the filing of the motion to dismiss.

5.    If Defendants move to dismiss the Amended Complaint, the deadline for Defendants to file a reply in support of their motion to dismiss shall be 21 days from the filing of any opposition by lead plaintiff(s).

**IT IS SO ORDERED.**

Dated: May 24, 2019

_____
The Honorable Consuelo B. Marshall
Senior United States District Judge

-2-
ORDER RE DFTS. RESP. TO INITIAL COMPL. AND SCHEDULE FOR AM. COMPL.