Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
Casey E. Sadler (#274241)
Vahe Mesropyan (#307244)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: lglancy@glancylaw.com
rprongay@glancylaw.com
csadler@glancylaw.com
vmesropyan@glancylaw.com

Eric H. Gibbs (#178658)
David Stein (#257465)
Amanda M. Karl (#301088)
John A. Kehoe (*pro hac vice forthcoming*)
**GIBBS LAW GROUP LLP**
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
Email: ehg@classlawgroup.com
ds@classlawgroup.com
amk@classlawgroup.com
jak@classlawgroup.com

*Counsel for Lead Plaintiffs*
[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CAROL WYATT, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

v.

MATTEL, INC., YNON KREIZ, and JOSEPH J. EUTENEUER,

Defendants.

Case No. 2:19-cv-01646-CBM-MAA

**CLASS ACTION**

**AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

**JURY TRIAL DEMANDED**

Hon. Consuelo B. Marshall



478844.1

# TABLE OF CONTENTS


I. NATURE OF THE ACTION ..... 1

II. JURISDICTION AND VENUE ..... 4

III. PARTIES ..... 5

A. Plaintiffs ..... 5

B. Defendants ..... 5

IV. STATEMENT OF FACTS ..... 6

A. Company Background ..... 6

B. Mattel Faces Challenges And Tries To Remain Profitable ..... 8

C. The Company Tries To Become More Profitable Through The Creation Of A Structural Simplification Program ..... 8

D. Mattel Again Appoints A New CEO And Tries To Convince Investors That Its Cost Cutting Through The Structural Simplification Program And Barbie And Hot Wheels Sales Would Drive Revenue Growth ..... 10

E. Defendants Misled The Public About The Progress Of The Structural Simplification Program, The True Costs For Restoring Profitability, And The Growth Momentum Of Barbie And Hot Wheels ..... 15

1. Mattel Beats Expectations In The Fourth Quarter And Touts That It Is Well-Positioned For 2019. ..... 15

2. Mattel Concealed From Investors That The Company Would Need To Invest An Additional $100 Million And That The Momentum Of Barbie And Hot Wheels Would Slow Down In 2019 ..... 18

V. MATERIALLY FALSE AND MISLEADING STATEMENTS AND OMISSIONS MADE WITH SCIENTER DURING THE CLASS PERIOD ..... 20

VI. LOSS CAUSATION AND DEFENDANTS' STATEMENTS ISSUED AT THE END OF THE CLASS PERIOD ........ 24

VII. ADDITIONAL SCIENTER ALLEGATIONS ........ 26

A. The Individual Defendants Were Involved With The Company's Cost Cutting Measures And Knew That Mattel's Continued Financial Success Was Tied To Its Ability To Increase Profitability ........ 27

B. Hot Wheels and Barbie Were The Company's Most Important and Largest Brands ........ 28

VIII. CLASS ACTION ALLEGATIONS ........ 28

IX. UNDISCLOSED ADVERSE FACTS ........ 30

X. APPLICABILITY OF THE FRAUD-ON-THE-MARKET AND *AFFILIATED UTE* PRESUMPTIONS OF RELIANCE ........ 31

XI. NO SAFE HARBOR ........ 32

XII. COUNTS ........ 33

XIII. PRAYER FOR RELIEF ........ 37

XIV. JURY TRIAL DEMANDED ........ 37

1. Lead Plaintiffs Carol Wyatt, Joseph Stella, and Vickie Blair ("Plaintiffs"), by and through their attorneys, allege the following upon information and belief, except as to those allegations concerning Plaintiffs, which are alleged upon personal knowledge. Plaintiffs' information and belief are based on, among other things, their counsel's investigation, which includes without limitation: (a) a review and analysis of regulatory filings made by Defendant Mattel, Inc. ("Mattel" or the "Company") with the U.S. Securities and Exchange Commission ("SEC"); (b) a review and analysis of press releases and media reports issued by and disseminated by the Company; (c) a review of other publicly available information concerning the Company; and (d) other sources of information deemed reliable.

## I. NATURE OF THE ACTION

2. This is a securities class action on behalf of a class consisting of all persons and entities that purchased or otherwise acquired Mattel securities between February 7, 2019 and February 15, 2019, inclusive (the "Class Period"), seeking to recover damages caused by Defendants'[1] violations of §§ 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder.

3. According to the Company, Mattel is a leading global children's entertainment company that specializes in the design and production of quality toys and consumer products. Mattel sells its products to retailers as well as directly to consumers. The Company purports itself to be the owner of one of the strongest portfolios of toy brands with vast intellectual property potential and claims that its products are among the most widely recognized toy products in the world. The Company's most important brands are its "Power Brands," which consist of: Barbie, Hot Wheels, Fisher-Price, and American Girl.

[1] Defendants refers to Mattel, Ynon Kreiz ("Kreiz") and Joseph J. Euteneuer ("Euteneuer").

4. In 2015, Mattel was overtaken as the world's leading toy brand by revenue by The Lego Group. In an attempt to right the ship, the Company hired a new Chief Executive Officer ("CEO"), who was unsuccessful and was fired within two years. Thereafter, in 2017, the Company appointed a new CEO who kicked off a massive multi-year savings initiative designed to generate cost savings of $240 million and increase profitability. Later that year, the Company announced a revamping of its savings program and informed investors that under this new "Structural Simplification" program, Mattel planned to cut $650 million in net costs by the end of 2019, which would require a $170 million investment over the next two years.

5. Despite these efforts, Mattel had a disappointing 2017 with massive sales declines. In spite of this, the Company touted the success of the Structural Simplification program and the continued growth of its two strongest brands: Barbie and Hot Wheels. However, the newly appointed-CEO's tenure was also short-lived as she was replaced just 14 months after her appointment.

6. In April 2018, Mattel appointed its third CEO in three years, Ynon Kreiz. Kreiz sought to improve Mattel's fortune by instituting a two-part strategy: (i) continuing to cut costs under the Structural Simplification program and to grow sales in the short term; and (ii) shifting Mattel into an intellectual property driven company using Mattel's brand portfolio to create movies and TV shows in the long term.

7. The Company claimed that this strategy was working during 2018. For example, on October 25, 2018, Defendant Kreiz announced that Mattel had returned to profitability and reaffirmed to investors and the market that "our first and foremost priority is to deliver on our Structural Simplification target of $650 million of run-rate savings exiting 2019. We are on track to achieve or exceed this target." Moreover, Defendants continued to tout the growth in the Company's Barbie and Hot Wheel brands, stating: "Barbie continued its strong momentum with growth across all regions….[and] Hot Wheels continues to be the #1 property globally year-to-date in the vehicles supercategory through September, and we expect the brand to deliver strong

growth in the fourth quarter and full year." Analysts began to take notice and tout Mattel's stock growth potential to investors.

8. On February 7, 2019, Mattel announced its 2018 fourth quarter and fiscal year financial results, reporting strong results for the quarter. Defendants largely attributed the success to the cost-cutting initiatives of the Structural Simplification program and the strong momentum of Barbie and Hot Wheels. Moreover, Defendants touted the success of their turnaround efforts and represented themselves to be "well positioned for 2019." Specifically, Defendants claimed that, due to the success of the Structural Simplification program, they were now expecting to exceed their savings target of $650 million by the end of 2019 and that they expected the strong momentum of Barbie and Hot Wheels to carry over into 2019.

9. On this news, Mattel's shares surged $2.87 per share, or 23.22%, to close on February 8, 2019 at $15.23 per share, on unusually heavy trading volume.

10. The statements made on February 7, 2019 were false and misleading, however, because Defendants had failed to disclose that Mattel had to make an additional $100 million investment in 2019 to help restore profitability and thus, the Company's cost savings program, the Structural Simplification program, was not actually on track, let alone exceeding expectations. Additionally, the statements were false and misleading because Defendants knew that the sales momentum of Barbie and Hot Wheels was slowing down in 2019.

11. On February 15, 2019, ***just one week*** following Mattel's announcement of its fantastic financial results, the Company held its Toy Fair Analyst Meeting. Therein, Defendants shocked the market by disclosing for the first time that Mattel would be investing an additional $100 million in programs to help restore the Company's profitability on top of the Structural Simplification program. Additionally, at this meeting, Defendants disclosed, for the first time, that sales of Barbie and Hot Wheels, which the Company had just touted ***the week before***, would slow down dramatically in 2019.

12. On this news, Mattel's shares plummeted $3.09 per share, or more than 18%, to close on February 15, 2019 at $13.82, on unusually heavy trading volume. This was the single worst percentage decline for Mattel's stock in almost twenty years.

13. Defendants acted with scienter and must be held accountable for their wrongful acts and omissions which, as the true facts came to light, were the cause of a significant decline in the market value of the Company's securities. Plaintiffs and other Class members have suffered significant losses and damages at the hands of Defendants and are entitled to redress.

## II. <u>JURISDICTION AND VENUE</u>

14. The claims asserted herein arise under Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

15. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and Section 27 of the Exchange Act (15 U.S.C. § 78aa).

16. Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b) and Section 27 of the Exchange Act (15 U.S.C. § 78aa(c)). Substantial acts in furtherance of the alleged fraud or the effects of the fraud have occurred in this Judicial District. Many of the acts charged herein, including the dissemination of materially false and/or misleading information, occurred in substantial part in this Judicial District. Additionally, the Company's principal executive offices are located in this Judicial District.

17. In connection with the acts, transactions, and conduct alleged herein, Defendants directly and indirectly used the means and instrumentalities of interstate commerce, including the United States mail, interstate telephone communications, and the facilities of a national securities exchange.

## III. PARTIES

### A. Plaintiffs

18. Lead Plaintiff Vickie Blair, as set forth in the certification previously filed with the Court (D.E. 11-2), purchased Mattel securities during the Class Period, and suffered damages as a result of the federal securities law violations and false and/or misleading statements and/or material omissions alleged herein.

19. Lead Plaintiff Joseph Stella, as set forth in the certification previously filed with the Court (D.E. 12-4), purchased Mattel securities during the Class Period, and suffered damages as a result of the federal securities law violations and false and/or misleading statements and/or material omissions alleged herein.

20. Lead Plaintiff Carol Wyatt, as set forth in the certification previously filed with the Court (D.E. 11-2), purchased Mattel securities during the Class Period, and suffered damages as a result of the federal securities law violations and false and/or misleading statements and/or material omissions alleged herein.

### B. Defendants

21. Defendant Mattel is a Delaware corporation that trades on the Nasdaq Stock Market ("Nasdaq"). The Company's principal executive offices are located at 333 Continental Blvd., El Segundo, CA 90245-5012. During the Class Period, Mattel, through its officers and directors, published periodic filings with the SEC and made public statements that, as alleged herein, contained material misrepresentations and omissions that artificially inflated the price of the Company's securities.

22. Defendant Ynon Kreiz is, and was at all relevant times, the CEO of the Company and Chairman of Mattel's Board of Directors (the "Board"). Kreiz was appointed as CEO in April 2018 and as Chairman of the Board in May 2018. As CEO, Kreiz had a duty to authorize or approve the information, and was quoted, in Mattel's press releases, regularly spoke on Mattel's quarterly earnings calls to discuss financial results with Wall Street analysts and investors, made live presentations at analyst-

sponsored investor conferences, and signed or authorized Mattel's reports filed with the SEC.

23. Defendant Joseph J. Euteneuer is, and was at all relevant times, the Chief Financial Officer ("CFO") of the Company. Euteneuer was appointed as CFO in September 2017. As CFO, Euteneuer had a duty authorize and approve the information in Mattel's press releases, regularly spoke on Mattel's quarterly earnings calls to discuss financial results with Wall Street analysts and investors, made live presentations at analyst-sponsored investor conferences, and signed or authorized Mattel's reports filed with the SEC.

24. Defendants Kreiz and Euteneuer, (collectively the "Individual Defendants"), because of their positions with the Company, possessed the power and authority to control the contents of the Company's reports to the SEC, press releases and presentations to securities analysts, money and portfolio managers and institutional investors, *i.e.*, the market. Each Individual Defendant was provided with copies of the Company's report and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions and access to material non-public information available to them, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public, and that the positive representations which were being made were then materially false and/or misleading. The Individual Defendants are liable for the false statements pleaded herein.

## IV. STATEMENT OF FACTS

### A. Company Background

25. Mattel was founded in California in 1945 by Harold "Matt" Matson and Elliot Handler. In 1948, the Company was incorporated in California with its headquarters in Los Angeles. The Company went public in 1960 and began trading on the New York Stock Exchange ("NYSE") in 1963. The Company then reincorporated

in Delaware in 1968, and in 2009 moved its stock listing from the NYSE to the Nasdaq. The Company's securities are listed on the Nasdaq under the ticker symbol "MAT."

26. Mattel started as a picture frame manufacturing company. The Company's first products were picture frames and dollhouse furniture made from picture frame scraps. However, the Company had success in selling the dollhouse furniture, and thus quickly shifted its focus to toy manufacturing. In 1947, two years after its founding, the Company introduced its first hit toy, a ukulele called the Uke-A-Doodle. Then, in 1959, Mattel introduced the Barbie Doll and Hot Wheels in 1968, both of which have been, and continue to be, major successes.

27. Over the years, Mattel continued to introduce new toy lines and made several strategic acquisitions. As a result, Mattel became one of the largest toy companies in the world. As stated in the Company's 2018 Form 10-K, Mattel is a leading global children's entertainment company that specializes in the design and production of quality toys and consumer products. Mattel sells its products to retailers as well as directly to consumers. The Company purports itself to be the owner of one of the strongest portfolios of toy brands with vast intellectual property potential and claims that its products are among the most widely recognized toy products in the world.

28. Starting in first quarter of 2018 ("1Q18"), Mattel categorized its portfolio into two categories: Power Brands and Toy Box. Power Brands include Barbie, Hot Wheels, Fisher-Price, and American Girl Brands. Toy Box is further divided into Owned Brands, which consists of the remainder of Mattel's brands, and Partner Brands. Under the Partner Brands portfolio, Mattel enters into licensing agreements to manufacture and sell toys on behalf of popular third-party brands such as Disney's CARS and Mickey Mouse Clubhouse, WWE Wrestling, Nickelodeon, Minecraft, as well as NBCUniversal's Jurassic World and Fast and Furious.

29. Historically, Power Brands have been responsible for a significant portion of the Company's sales. Indeed, in 2018, Power Brands accounted for approximately

76.5% of Mattel's gross sales. More specifically, Barbie accounted for approximately 24%, Hot Wheels accounted for approximately 18.5%, Fisher-Price accounted for 26.26%, and American Girl accounted for 7.59%. Likewise, in 2017, Barbie accounted for roughly 19.55% of gross sales, Fisher Price accounted for 34.35%, and American Girl accounted for 9.24%.[2]

**B. Mattel Faces Challenges And Tries To Remain Profitable**

30. Although Mattel is one of the leading toy companies in the world and even regained its status as the #1 toy company in the world during the Class Period, the Company, and the toy manufacturing industry generally, have been suffering in recent years. As technological advancements have made computers, smart phones and tablets more widely available, children's preferences have increasingly been shifting from traditional toys to digital entertainment, such as video games and movies.

31. Indeed, in 2015 the Company lost its position as the leading toy company in terms of revenue. Due partly to the release of The Lego Movie, The Lego Group surpassed Mattel as the largest toy maker, which ultimately led to the resignation of Mattel's then-CEO Bryan Stockton. Stockton was replaced by Christopher A. Sinclair, a former CEO of various companies including PepsiCo. The Company continued to struggle under Sinclair's leadership and just two years later, on January 17, 2017, Mattel announced that the then-president of Google's America's operations, Margaret H. Georgiadis, would replace Sinclair as CEO effective February 8, 2017.

**C. The Company Tries To Become More Profitable Through The Creation Of A Structural Simplification Program**

32. Shortly after Georgiadis's appointment, Mattel engaged in a campaign to cut costs and improve efficiency in order to return the Company to profitability. On

---

[2] Prior to 1Q18, the Company did not report sales of Hot Wheels separately. Instead, Hot Wheels sales were included in the Wheels category, which also included Matchbox and play sets. In 2017, the Wheels category accounted for approximately 17.35% of gross sales.

February 17, 2017, Mattel announced at the Mattel Inc. Toy Fair Presentation that it was kicking off a multi-year savings initiative designed to generate $240 million of cost savings over the next two years. This initiative included reshaping operations, as well as transforming the Company's information technologies and supply chains.

33. However, the Company's woes only intensified in September 2017 when it lost one of its biggest retailers. On September 19, 2017, Toys "R" Us – one of the largest toy retailers – announced that it filed for Chapter 11 bankruptcy. Toys "R" Us was one of Mattel's largest customers and its bankruptcy drastically impacted Mattel's revenue and profits. On October 26, 2017, Mattel released its third quarter ("3Q17") financial results and on the earnings conference call, Georgiadis explained that North American sales were down 22% and that about half of the North American revenue decline was driven by Toys "R" Us.

34. During the same conference call, the Company announced a significant revamp of its cost saving plan and told investors that under this new "Structural Simplification" program, Mattel planned to cut $650 million in net costs by the end of 2019, which would require a $170 million investment over the next two years. This was a very ambitious endeavor. As one analyst from Barclays Capital Inc. described in a July 26, 2018 analyst report, Mattel's "current cost savings program and structural initiatives highlight a historical level of corporate 'fat' that we never imagined even in our most skeptical moments."

35. Despite these efforts, Mattel had a disappointing 2017, with gross sales declining 9% for the year. In spite of this, the Company touted their future as bright due to the Structural Simplification program and the continued growth of its two strongest brands: Barbie and Hot Wheels. Specifically, during the earnings conference call following the announcement of the 2017 fiscal year ("FY17") and fourth quarter ("4Q17") financial results, Georgiadis touted to investors that Hot Wheels saw a growth in the mid-single digits globally and Barbie sales were up 9% in 4Q17, which marked

the "third year in a row this brand has delivered mid- to high single-digit POS growth, demonstrating what our power franchises can achieve."

36. Georgiadis announced her resignation as CEO on April 19, 2018, only fourteen months after she had been appointed to the position.

### D. Mattel Again Appoints A New CEO And Tries To Convince Investors That Its Cost Cutting Through The Structural Simplification Program And Barbie And Hot Wheels Sales Would Drive Revenue Growth

37. Following Georgiadis's departure, Mattel appointed Defendant Kreiz as CEO effective April 26, 2018. Kreiz promised to bring Mattel back to its glory days with a two-part plan. In the short-term, Kreiz's strategy was to continue to cut costs under the Structural Simplification program and to grow sales. In the long-term, the plan was to shift Mattel into an intellectual property ("IP") driven company using Mattel's brand portfolio to create movies and TV shows.

38. Having replaced the Company's CEO (and direction) three times in three years, Defendants were desperate to regain investors' confidences and convince them that the Company was headed in the right direction. After the first full quarter under Kreiz's leadership, Defendants began focusing investors' and analysts' attention to the success and growth of Barbie and Hot Wheels and the success of the Structural Simplification program.

39. On July 25, 2018, Mattel announced its second quarter ("2Q18") financial results and reported that the Company had another disappointing quarter. However, during the earnings conference call, Defendants blamed the disappointing results on matters outside of their control – the liquidation of Toys "R" Us – and attempted to reassure investors and analysts by pointing to Barbie and Hot Wheel growth, stating:

> With that said, we are in a turnaround, and as expected, had a challenging second quarter driven primarily by the Toys "R" Us liquidation. At the same time, ***we saw continued strong performance by Barbie and Hot Wheels, and we made substantial progress on our***

> ***Structural Simplification program to restore profitability and improve productivity in the near term.***[3]

40. As Defendant Kreiz elaborated further:

> As a result, ***we believe our underlying business is on the right trajectory, and we're making good progress towards stabilizing our revenues.***
>
> Gross margin and EBITDA in the second quarter were below our expectations. Although we have anticipated declines due to increase in raw material and disruption costs, there was additional pressure for foreign exchange headwinds and certain write-downs. Joe will provide further detail on the drivers of the decline in the second quarter and the impact to our full year gross margin outlook. ***Despite these headwinds, we continue to believe that business is capable of achieving our historical margin and profitability levels over time.***
>
> ***As we look at our performance from a brand perspective, I have been most impressed with the performance and consistency of Barbie and Hot Wheels. These two power brands are benefiting from purposeful programs, highly effective marketing and great execution, which are driving consumer demand. This is reflected in their strong worldwide sales and POS performance.***
>
> According to NPD, ***Barbie continued to gain market share as both the #1 property in the Fashion Dolls category globally and the #1 overall growth property in the same category. Similarly, per NPD, Hot Wheels continue to gain share as the #1 property in the vehicles category globally. We're very excited about the product development plan for next year,*** and we look forward to sharing more details in the future.

41. In his remarks, Defendant Euteneuer provided the sales figures for Barbie and Hot Wheels explaining that:

> Barbie sales in North America were up 2% in constant currency despite a negative 23% impact of Toys "R" Us. International sales were up 20% in constant currency, including a negative 2% impact of Toys "R" Us.

---

[3] All emphasis added unless otherwise stated.

> Hot Wheels worldwide gross sales were up 22% in constant currency, despite a negative 10% impact of Toys "R" Us. This is the second consecutive quarter of double-digit year-over-year sales growth for the brand. Worldwide POS continued to be strong in the quarter and was up double digits, both with and without the benefit of the Toys "R" Us discounting.

42. Defendants also touted that the Company's turnaround initiatives were working. As Defendant Kreiz elaborated:

> Our first and foremost priority is to deliver on our structural simplification target of $650 million in net savings exiting 2019. Our goal is to streamline the organization in order to rationalize our cost base, restore profitability and improve our efficiency and performance.
>
> ***We're making good progress and are even looking into additional potential savings through the expanded scope of work in optimizing our manufacturing footprint*** . . .
>
> ***With regards to our progress, today, we announced the reduction of our global nonmanufacturing workforce by over 22%. As a result we will remove more than 2,200 positions across the company globally…***
>
> ***We're taking another significant step as part of our Structural Simplification program by optimizing our manufacturing footprint and increasing the productivity of our plant infrastructure. We have decided to sell the real estate of our manufacturing plants located in Mexico and will be transitioning production over a period of time to other plants and outsourced partners.***

43. On October 25, 2018, Mattel announced its 2018 third quarter ("3Q18") financial results and reported that the Company achieved profitability. During the earnings conference call, Defendants continued to focus the attention of investors and analysts on the growth of Barbie and Hot Wheels sales and the Structural Simplification program. For example, Defendant Kreiz started off the call stating:

> I'm happy to say we are on track with the execution of our strategy and have made meaningful progress towards restoring profitability, as we transform Mattel into an IP-driven, high-performing toy company.

* * *

> Importantly, we have achieved profitability in the quarter as a result of savings realized from our Structural Simplification program, as well as a net benefit related to Toys "R" Us bankruptcy accounting. ***As a result, reported operating income was up 41% versus the same period last year, which is the first time in 8 quarters that we have posted year-over-year growth in operating income.*** These results were achieved in spite of increased inflation in the costs of raw materials and plant labor.
>
> We continued to make tangible progress in reshaping our organization. ***We are on track to achieve or exceed our $650 million savings target for Structural Simplification . . . [and w]e saw particular strength in Barbie, Jurassic World and Games and are position well going into the holiday season.***
>
> In terms of performance by brand in the third quarter, ***Barbie continued its strong momentum with growth across all regions. Barbie sales were up 17% in constant currency. This makes the fourth consecutive quarter of strong year-over-year sales growth for the brand…***
>
> ***Hot Wheels POS continues to be double digits and accelerated in the third quarter across all regions . . .***
>
> According to NPD, ***Hot Wheels continues to be the #1 property globally*** year-to-date in the vehicles supercategory through September, ***and we expect the brand to deliver strong growth in the fourth quarter and full year. Looking towards 2019, we are excited about the product pipeline, which includes breakthrough innovation which will be announced next year.***

44. With regard to the Structural Simplification program, Defendant Kreiz reaffirmed to investors and the market that "our first and foremost priority is to deliver on our Structural Simplification target of $650 million of run-rate savings exiting 2019. ***We are on track to achieve or exceed*** this target." In fact, Defendant Kreiz wrapped his remarks stating:

> In conclusion, our turnaround plan is starting to show tangible results. While there is still a lot more work to do, we are confident in our strategy and the progress that we are making. We delivered 6% growth in North America and recaptured the #1 position in the U.S. year-to-date

> through September, according to NPD. Also, per NPD, we recaptured our position as the #1 toy company globally in each of the last 4 months through September. The toy industry is expected to continue to grow on a global basis through 2022 according to Euromonitor, and we intend to accelerate our own pace and increase market share.
>
> We delivered meaningful improvement in bottom line performance. This is in spite of increased inflation and costs of raw materials and plant labor, as well as the Toys "R" Us disruption. ***And we expect to deliver further improvement in profitability in the fourth quarter. As we head into next year, our focus will be on driving top line performance and continued growth in profitability***.

45. In short, in the first two quarters after Defendant Kreiz was appointed as CEO, Mattel wanted to assure investors the Company's future was promising. Defendants did this by attempting to focus the attention of the investing public on the fact that the Company was on track and on budget to meet the goals of its Structural Simplification program (*i.e.*, restoring the Company's profitability), and on the strong growth and momentum of Barbie and Hot Wheels. In doing so, Defendants painted a picture suggesting that Mattel was finally achieving a successful turnaround and that its future was encouraging.

46. Analysts were paying attention and began to believe in Mattel's ability to turn the Company around. Following 3Q18, analysts from BMO Capital Markets expressed in a October 25, 2018 report that "we think management is making the right decisions and positioning the company well for profitable growth." Just as Defendants intended, BMO's analysts were convinced by the performance of Barbie and Hot Wheels as well as the progress of the Structural Simplification program, and rated Mattel's shares as "outperform." Similarly, in a October 25, 2018 Morningstar analyst report, the analyst opined that Mattel's shares were undervalued. In addition to the tangible progress that the analysts saw from the Structural Simplification program and Barbie and Hot Wheels sales, they noted that "clarity should ensure in 2019 as [the] Toys "R" Us [bankruptcy] will be in the rear mirror."

### E. Defendants Misled The Public About The Progress Of The Structural Simplification Program, The True Costs For Restoring Profitability, And The Growth Momentum Of Barbie And Hot Wheels

1. Mattel Beats Expectations In The Fourth Quarter And Touts That It Is Well-Positioned For 2019

47. On February 7, 2019, Mattel reported its 2018 fiscal year ("FY18") and fourth quarter ("4Q18") financial results. Mattel beat expectations and reported strong results for 4Q18. This marked the second consecutive quarter of profitability for Mattel. Mattel's 4Q18 and FY18 financial results exceeded expectations on many metrics.

48. During the earnings conference call that same day, Defendants largely attributed the success to the cost-cutting initiatives of the Structural Simplification program and the strong momentum of Barbie and Hot Wheels. Although they did not provide specific guidance for 2019, Defendants touted their turnaround efforts and represented themselves to be "well positioned for 2019."

49. With regard to the Structural Simplification plan, Defendants stated that not only were they on track, but they now expect to ***exceed*** their target of saving $650 million in savings by the end of 2019. Defendants stated:

> In terms of restoring profitability, we are on track with our Structural Simplification program. Exiting 2018, we achieved $521 million of run rate cost savings. ***We now expect to exceed our overall cost savings target of $650 million exiting 2019.*** This helped us achieve a reported gross margin of 46.6% in the quarter and 39.8% for the full year. This is the first time we have delivered a gross margin improvement for the fourth quarter and the full year since 2013.
>
> * * *
>
> Now let me provide an update on our Structural Simplification cost savings program. As Ynon mentioned, ***we are on-track to exceed our $650 million targeted run rate exiting 2019. Exiting 2018, we already achieved $521 million of run rate cost savings and have four more quarters to go to complete our program. In 2018, we realized approximately $210 million of savings in the quarter, and full year savings of approximately $372 million. Our full year severance and***

> ***restructuring costs related to Structural Simplification were $110 million.***

* * *

> In closing, our key financial metrics, including gross margin, operating income and earnings per share are all moving in the right direction. This reflects the execution of our short-to-mid-term strategy which includes a focus on restoring profitability. ***With our cost savings ahead of schedule entering 2019, our cost structure is well-positioned to further improve profitability as we progress towards regaining top-line growth. Looking forward, we have ample opportunities to improve our financial performance across the board as our business strategy continues to gain traction in the marketplace.*** We look forward to seeing many of you next week at Toy Fair.

50. With these statements, Defendants alluded to investors that the Structural Simplification program was wildly successful. Defendants represented that the program was exceeding expectations and that it was within its budget and schedule. Indeed, during the call, Michael Ng, an analyst from Goldman Sachs Group Inc., asked Defendant Euteneuer:

> ***Joe, I just wanted to better understand how much ahead of schedule on the cost savings you are? It seems like this $521 million run rate savings in the year was significantly better than I think, what was originally expected which was, I think the 40% of $650 million.*** Is that the right way to think about it? ***What went better than expected*** and also what inning are you in, in total cost savings do you think?

Defendant Euteneuer responded:

> So the answer to that question is yes. It was supposed to be 40%. ***So yes, we are ahead of schedule. Look, there's still a lot more to do but we're very confident because we now are saying that we are going to exceed the $650 million.***

51. In addition, Defendants also touted the strong momentum of Barbie and Hot Wheels that they expected to carry over to 2019. During the earnings conference all, Defendants told investors that:

In terms of regaining top-line growth, ***Barbie and Hot Wheels continued their momentum throughout the year.*** We executed well in our two largest regions, North America and Europe, and maintained our strength in Latin America and Global Emerging Markets excluding China. ***As a result of this performance, we are proud to say that we recaptured our leadership position as the #1 global toy company in 2018, according to NPD.***

* * *

Now I will walk through our brand and regional results. In terms of brand highlights, ***2018 was a great year for Barbie, with sustained growth and continued momentum globally.*** Barbie worldwide gross sales were up 15%, both for the quarter and the full year in constant currency. This marked the fifth consecutive quarter of year-over-year growth for the brand and the highest full year gross sales in the last 5 years. Global POS continued to be strong and was up mid-single digits in the fourth quarter and up double digits for the full year. The brand delivered sales and POS growth in every region for the full year. With this level of performance, Barbie was the #1 global fashion doll property in 2018, according to NPD. ***We look forward to celebrating her 60th anniversary throughout 2019 with a number of exciting product launches and events.***

***Hot Wheels worldwide gross sales were up 12% in the quarter and 9% for the year and reached its highest annual sales in its 50-year history.*** Global POS was up low-single digits in the quarter and up high-single digits for the full year. POS for the full year also grew in every region. According to NPD, it was the #1 property globally in the vehicles supercategory in 2018.

* * *

Starting with the top-line, gross sales in the quarter were down 9% year-over-year in constant currency, driven by a negative 8% impact from Toys "R" Us, and a negative 2% impact from the slowdown in our China business. As expected, POS for Mattel was down similarly for the quarter as consumers transitioned from Toys "R" Us to other retailers. For the full year, gross sales exceeded expectations, declining 7% year-over-year in constant currency. We finished the year with retail

> inventory down mid-single digits globally year-over-year at our current customers ***and are well positioned for 2019.***

52. On this news, Mattel's shares surged $2.87 per share, or 23.22%, to close on February 8, 2019 at $15.23 per share, on unusually heavy trading volume. This was the biggest single day percentage stock gain for Mattel since 1976.[4]

2. Mattel Concealed From Investors That The Company Would Need To Invest An Additional $100 Million And That The Momentum Of Barbie And Hot Wheels Would Slow Down In 2019

53. Just one week after the 4Q18 conference call, on February 15, 2019, Defendants held the Mattel Inc. Toy Fair Analyst Meeting. At the February 15 analyst meeting, Defendants shocked investors when they announced that Mattel would be investing an ***additional $100 million*** in programs to help restore the Company's profitability on top of the Structural Simplification program. Regarding the huge additional spending, which had not been previously disclosed, Defendant Euteneuer stated:

> Additionally, [in 2019] ***we expect to achieve incremental run rate savings of more than $129 million, exceeding our $650 million target exiting 2019.*** We expect approximately $50 million to $75 million of those savings to materialize in the 2019 P&L, with the balance to materialize in the 2020 P&L. ***The cost to achieve the $129 million savings is expected to be approximately $50 million.***
>
> * * *
>
> We remain committed to our strategic investments, which will help us advance our strategy and maximize our shareholder value. ***This year, we expect to increase our investment spend to approximately $100 million, with over 90% being recognized as operating expenses.***

---

[4] Jeremy Owens, *Mattel boomerangs to its worst stock loss in more than 20 years*, MarketWatch, Feb. 16, 2019 (available at https://www.marketwatch.com/story/mattel-boomerangs-to-its-worst-stock-loss-in-more-than-20-years-2019-02-15)

> In 2019, we will be investing in each of our strategic priorities. To help restore profitability, we will continue to invest in IT transformation initiatives, including eCommerce and digital design and development capabilities.
>
> In support of regaining topline growth, we will be investing in additional categories and play experiences for our Power Brands and the creation of high-impact online content.
>
> As we lay the groundwork for capturing the full value of our IP, we will invest in other highly accretive business verticals, including content, gaming, and live events. We believe these investments will help transform Mattel and are confident that over time, they will provide the growth and returns you should expect from an IP-driven, high-performing toy company.

54. Additionally, at the Toy Fair analyst meeting, Defendants disclosed, for the first time, that sales of Barbie and Hot Wheels, which the Company had just touted ***a week before***, would slow down dramatically in 2019. When providing guidance for 2019 sales of Barbie and Hot Wheels, Defendant Euteneuer explained:

> We expect gross sales to be flat in constant currency. After multiple years of consecutive decline, achieving flat sales is a meaningful year-over-year improvement. Stabilization of the topline in 2019 would position us for enhanced profitability in 2020 and beyond. Based on current spot rates, we expect a low-single-digit negative impact from foreign exchange in 2019.
>
> Let's take a look at our assumptions by brand, in constant currency. ***This year, we expect continued growth in Barbie and Hot Wheels, though not at the same extent of 2018 levels,*** and the stabilization of Fisher-Price by the end of the year.

55. Due to the previously undisclosed announcement that the Company would spend an additional $100 million on top of the Structural Simplification program and the slowing down of the Company's Barbie and Hot Wheels business, Defendants blindsided investors and provided disappointing adjusted EBITDA guidance for fiscal

year 2019 of $350 million to $400 million, drastically missing the analyst consensus of $550 million.

56. On this news, Mattel stock plummeted $3.09 per share, or more than 18%, to close on February 15, 2019 at $13.82, on unusually heavy trading volume. This was the single worst percentage decline for Mattel's stock since October 1999.[5]

## V. MATERIALLY FALSE AND MISLEADING STATEMENTS AND OMISSIONS MADE WITH SCIENTER DURING THE CLASS PERIOD

57. During the week-long Class Period, Defendants were aware that Mattel would spend $100 million in 2019 investment spend, primarily related to IT transformation initiatives, in order to help restore profitability. In spite of this, Defendants misleadingly touted the success of cost savings program that sought to improve profitability – the Structural Simplification program – without disclosing the need to spend an additional $100 million. In addition, Defendants were aware that Barbie and Hot Wheels sales momentum was going to slow down in 2019. Yet, Defendants misled the public by failing to disclose this fact while falsely claiming that the growth momentum of Barbie and Hot Wheels was going to carry over to 2019.

58. The Class Period starts on February 7, 2019. On that date, the Company issued a press release, which was also filed with the SEC as a Form 8-K, entitled, "Mattel Reports Full Year And Fourth Quarter 2018 Financial Results." Therein, the Company, in relevant part, stated:

- Achieved $521 million of run-rate cost savings exiting 2018 and expect to exceed cumulative $650 million run-rate cost savings target exiting 2019.

59. Additionally, in the press release, Defendant Euteneuer explained that:

> Our key financial metrics, including gross margin, operating income, and earnings per share, are all moving in the right direction and our cost savings initiative is ahead of plan entering 2019. Looking forward, we have ample opportunities to improve our financial performance across the

---

[5] Jeremy Owens, *Mattel boomerangs to its worst stock loss in more than 20 years*, MarketWatch, Feb. 16, 2019 (available at https://www.marketwatch.com/story/mattel-boomerangs-to-its-worst-stock-loss-in-more-than-20-years-2019-02-15)

> board as our business strategy continues to gain traction in the marketplace.

60. On that same day, the Company held a conference call with analysts and investors to discuss its 4Q18 and FY18 financial results and held an earnings conference call. During the call, Defendant Kreiz, in relevant part, stated:

> In terms of restoring profitability, we are on track with our Structural Simplification program. Exiting 2018, we achieved $521 million of run rate cost savings. ***We now expect to exceed our overall cost savings target of $650 million exiting 2019.*** This helped us achieve a reported gross margin of 46.6% in the quarter and 39.8% for the full year. This is the first time we have delivered a gross margin improvement for the fourth quarter and the full year since 2013.

61. Additionally, during the call, Defendants Euteneuer, in relevant part, stated:

> Now let me provide an update on our Structural Simplification cost savings program. As Ynon mentioned, ***we are on-track to exceed our $650 million targeted run rate exiting 2019. Exiting 2018, we already achieved $521 million of run rate cost savings and have four more quarters to go to complete our program. In 2018, we realized approximately $210 million of savings in the quarter, and full year savings of approximately $372 million. Our full year severance and restructuring costs related to Structural Simplification were $110 million.*** Please refer to slide 19 in our accompanying slide presentation which provides further detail on our Structural Simplification savings to date.
>
> Turning to 2019, we look forward to talking to you more about our expectations for 2019 at Toy Fair next week.
>
> In closing, our key financial metrics, including gross margin, operating income and earnings per share are all moving in the right direction. This reflects the execution of our short-to-mid-term strategy which includes a focus on restoring profitability. ***With our cost savings ahead of schedule entering 2019, our cost structure is well-positioned to further improve profitability as we progress towards regaining top-line growth. Looking forward, we have ample opportunities to improve our financial performance across the board as our business strategy***

> ***continues to gain traction in the marketplace.*** We look forward to seeing many of you next week at Toy Fair

62. The statements in ¶¶ 58-61 were materially false and/or misleading when made and/or omitted to state material facts necessary to make the statements not misleading, because they failed to disclose the adverse fact that Defendants had to make ***an additional $100 million investment*** in 2019 to help restore profitability and thus, the Company's cost savings program, the Structural Simplification program, was not actually on track, let alone exceeding expectations.

63. The materially false and misleading statements in ¶¶ 58-61 were made with scienter. Defendants were deliberately reckless as to the falsity of these statements because the Individual Defendants knew that Mattel had to make the additional $100 million investment in 2019. Specifically, Defendant Euteneuer stated on the earnings call that the Company planned to "provide more visibility into our 2019 strategic investments next week at [the] Toy Fair," which demonstrates that the Individual Defendants knew about the investment at the time they made the materially false and misleading statements. Moreover, Defendants disclosed this adverse information the ***following week*** during the February 15, 2019 Toy Fair analyst meeting. Therefore, the only compelling inference is that Defendants knew this adverse information at the time the statements in ¶¶ 58-61 were made.

64. Additionally, during the February 7, 2019 earnings conference call, Defendant Kreiz, in relevant part, stated:

> In terms of regaining top-line growth, ***Barbie and Hot Wheels continued their momentum throughout the year.*** We executed well in our two largest regions, North America and Europe, and maintained our strength in Latin America and Global Emerging Markets excluding China. ***As a result of this performance, we are proud to say that we recaptured our leadership position as the #1 global toy company in 2018, according to NPD.***

* * *

> Now I will walk through our brand and regional results. In terms of brand highlights, ***2018 was a great year for Barbie, with sustained growth and continued momentum globally.*** Barbie worldwide gross sales were up 15%, both for the quarter and the full year in constant currency. This marked the fifth consecutive quarter of year-over-year growth for the brand and the highest full year gross sales in the last 5 years. Global POS continued to be strong and was up mid-single digits in the fourth quarter and up double digits for the full year. The brand delivered sales and POS growth in every region for the full year. With this level of performance, Barbie was the #1 global fashion doll property in 2018, according to NPD. ***We look forward to celebrating her 60th anniversary throughout 2019 with a number of exciting product launches and events.***
>
> ***Hot Wheels worldwide gross sales were up 12% in the quarter and 9% for the year and reached its highest annual sales in its 50-year history.*** Global POS was up low-single digits in the quarter and up high-single digits for the full year. POS for the full year also grew in every region. According to NPD, it was the #1 property globally in the vehicles supercategory in 2018.

65. Moreover, during the call, Defendant Euteneuer, in relevant part, stated:

> ***Our fourth quarter demonstrated our ability to consistently execute on a quarter-by-quarter basis. We had strong results in both fourth quarter and the full year. Our full year resulted exceeded expectation on both the top and the bottom line.***
>
> Starting with the top-line, gross sales in the quarter were down 9% year-over-year in constant currency, driven by a negative 8% impact from Toys "R" Us, and a negative 2% impact from the slowdown in our China business. As expected, POS for Mattel was down similarly for the quarter as consumers transitioned from Toys "R" Us to other retailers. For the full year, gross sales exceeded expectations, declining 7% year-over-year in constant currency. We finished the year with retail inventory down mid-single digits globally year-over-year at our current customers ***and are well positioned for 2019.***

66. The statements in ¶¶ 64-65 were materially false and/or misleading when made and/or omitted to state material facts necessary to make the statements not misleading, because they failed to disclose the adverse fact that the sales momentum of

Barbie and Hot Wheels was slowing down in 2019. The Individual Defendants' statements suggested to investors that the momentum of Barbie and Hot Wheels would carry over to 2019 and thus they should expect that 2019 will have the same impressive performance as that in 4Q18 and FY18.

67. The materially false and misleading statements in ¶¶ 64-65 were made with scienter. Defendants were deliberately reckless as to the falsity of these statements because the Individual Defendants knew that the sales momentum of Barbie and Hot Wheels would slow down in 2019. Defendants disclosed this adverse information the ***following week*** during the February 15, 2019 Toy Fair analyst meeting. Therefore, the only compelling inference is that Defendants knew this adverse information, regarding their most important product lines, at the time the statements in ¶¶ 64-65 were made.

## VI. LOSS CAUSATION AND DEFENDANTS' STATEMENTS ISSUED AT THE END OF THE CLASS PERIOD

68. Defendants' wrongful conduct, as alleged herein, directly and proximately caused the economic losses suffered by Plaintiffs and the Class.

69. During the Class Period, as a result of the open, well-developed, and efficient market for Mattel's securities, the prices of Mattel's securities fell when the misrepresentations alleged herein, and/or the information alleged herein to have been concealed from the market, and/or the effects thereof, were revealed to investors and the artificial inflation was removed over time from the price of Mattel's securities. Defendants' wrongful conduct, alleged herein, directly and proximately caused the economic loss suffered by Plaintiffs and the Class. Defendants' misrepresentations and omissions caused and maintained the artificial inflation in Mattel's stock price throughout the Class Period until Defendants began to disclose the truth regarding the Company's financial condition to the market.

70. The truth regarding Mattel was revealed, and/or the concealed risks materialized, on or about February 15, 2019. As a direct result of this disclosure, the price of Mattel's stock declined precipitously on unusually heavy trading volume.

71. On February 15, 2019, the Company held its corporate Toy Fair Analyst Meeting. Therein, the Company disclosed that it would spend an additional $100 million on top of the costs of the Structural Simplification program to "restore profitability." As Defendant Euteneuer, in relevant part, explained:

> Additionally, [in 2019] ***we expect to achieve incremental run rate savings of more than $129 million, exceeding our $650 million target exiting 2019.*** We expect approximately $50 million to $75 million of those savings to materialize in the 2019 P&L, with the balance to materialize in the 2020 P&L. ***The cost to achieve the $129 million savings is expected to be approximately $50 million.***
>
> * * *
>
> We remain committed to our strategic investments, which will help us advance our strategy and maximize our shareholder value. ***This year, we expect to increase our investment spend to approximately $100 million, with over 90% being recognized as operating expenses.***
>
> In 2019, we will be investing in each of our strategic priorities. To help restore profitability, we will continue to invest in IT transformation initiatives, including eCommerce and digital design and development capabilities.

72. Additionally, at the meeting, the Company disclosed for the first time that the growth in sales of its Barbie and Hot Wheels segments would slow down in 2019. As Defendant Euteneuer, in relevant part, explained:

> We expect gross sales to be flat in constant currency. After multiple years of consecutive decline, achieving flat sales is a meaningful year-over-year improvement. Stabilization of the topline in 2019 would position us for enhanced profitability in 2020 and beyond. Based on current spot rates, we expect a low-single-digit negative impact from foreign exchange in 2019. Let's take a look at our assumptions by brand, in constant currency. ***This year, we expect continued growth in Barbie and Hot Wheels, though not at the same extent of 2018 levels,*** and the stabilization of Fisher-Price by the end of the year.

73. On this news, Mattel stock plummeted $3.09 per share, or more than 18%, to close on February 15, 2019 at $13.82, on unusually heavy trading volume.

74. The February 15, 2019 disclosures revealed that: (i) Mattel had to make an additional $100 million investment in 2019 to help restore profitability, (ii) the Company's cost savings program, the Structural Simplification program, was not actually on track, let alone exceeding expectations, and (iii) the sales momentum of Barbie and Hot Wheels was slowing down in 2019.

75. During the Class Period, Plaintiffs and the Class purchased Mattel securities at artificially inflated prices and were damaged thereby. The price of the Company's securities significantly declined when the misrepresentations made to the market, and/or the information alleged herein to have been concealed from the market, and/or the effects thereof, were revealed, causing investors' losses.

## VII. ADDITIONAL SCIENTER ALLEGATIONS

76. The Individual Defendants acted with scienter by virtue of: (a) their receipt of information reflecting the Company's knowledge of Mattel's plan to spend an additional $100 million dollars outside the Structural Simplification program in 2019 to help to restore corporate profitability; and/or (b) their receipt of information reflecting the anticipated slowdown and lack of momentum in sales of the Company's Barbie and Hot Wheels brands; and/or (c) their intentional issuance of materially false or misleading regarding the Company expenses and costs; and/or (d) their intentional issuance of materially false or misleading statements regarding the Company's Barbie and Hot Wheels sales; and/or (e) their ultimate responsibility to ensure the accuracy of such statements and their reckless failure to do so. The Individual Defendants knew or were deliberately reckless in disregarding the materially false or misleading nature of the information they caused to be disseminated to the investing public.

77. The Individual Defendants also knew or were deliberately reckless in disregarding that the material misrepresentations and omissions contained in the Company's public statements would adversely affect the integrity of the market for the

Company's securities and would cause the price of such securities to be artificially inflated. The Individual Defendants acted knowingly or in such a deliberately reckless manner as to constitute a fraud upon Plaintiffs and the Class.

### A. The Individual Defendants Were Involved With The Company's Cost Cutting Measures And Knew That Mattel's Continued Financial Success Was Tied To Its Ability To Increase Profitability

78. As discussed herein, Mattel's future success was dependent on its ability to reduce its costs and restore profitability. As such, the Individual Defendants were actively involved in this process and were aware of its specifics. As Defendant Kreiz admitted at the start of the Class Period, "We remain focused on advancing our strategy to restore profitability and regain top-line growth in the short-to-mid-term." Additionally, on earnings call during and before the Class Period, the Individual Defendants discussed and responded to questions about the Company's quest for increased profitability. For example, on the Company's October 25, 2018 earnings call, Defendant Kreiz explained "I'm happy to say we are on track with the execution of our strategy and have made meaningful progress towards restoring profitability" and "we expect to deliver further improvement in profitability in the fourth quarter." Moreover, during the same call, Defendant Euteneuer explained:

> I am pleased with our progress as we continue to execute against our strategy in spite of the short-term industry disruption related to Toys "R" Us. We are clearly seeing the benefits of Structural Simplification materializing in the P&L. We remain focused on value creation for our shareholders through our comprehensive actions to restore profitability and to stabilize the topline.

79. The Individual Defendants were aware of the details of the cost cutting and profitability initiatives, as the Company's financial future relied on its success and the Company's executives discussed this information in press releases and on conference calls with analysts and investors; or if the Company's CEO and CFO were unaware, this ignorance constitutes acting in such a deliberately reckless manner as to constitute a fraud and deceit upon Plaintiffs and other Class members. However, the most reasonable inference from this fact is that the Individual Defendants were aware that the

Company was going to invest an additional $100 million in programs to help restore the Company's profitability on top of the Structural Simplification program as the Company later admitted. This is particularly true where there was only approximately a week between the earnings call and the Toy Fair presentation.[6]

### B. Hot Wheels and Barbie Were The Company's Most Important and Largest Brands

80. Hot Wheels and Barbie were two of the largest and most important brands at Mattel. According to the Company's 2018 annual report, Barbie had approximately $1.09 billion in gross sales in 2018 while Hot Wheels had approximately $834 million in gross sales during that time period. The sales from these two iconic brands accounted for almost 38% of Mattel's gross sales for 2018.

81. The Individual Defendants were aware of the sales forecasts for two of their most important brands, which accounted for well more than a third of the entire Company's sales, and the fact that sales at Barbie and Hot Wheels were slowing down; or if the Company's CEOs and CFOs were unaware, this ignorance constitutes acting in such a deliberately reckless manner as to constitute a fraud and deceit upon Plaintiffs and other Class members. However, the most reasonable inference is that the Individual Defendants were aware that sales at these iconic brands were slowing down, particularly since the Company provided financial guidance approximately a week later.

## VIII. CLASS ACTION ALLEGATIONS

82. Plaintiffs bring this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and 23(b)(3) on behalf of a class consisting of all persons and entities that purchased or otherwise acquired Mattel securities during the Class Period,

---

[6] It is essentially impossible that the Company investigated avenues for increased profitability, determined how to invest $100 million in infrastructure in response and then have a corporation as large as Mattel reach agreement on such a massive investment within a single week.

seeking to pursue remedies under the Exchange Act (the "Class"). Excluded from the Class are Defendants; the officers and directors of the Company, at all relevant times; members of their immediate families and their legal representatives, heirs, successors, or assigns; and any entity in which any of the Defendants have or had a controlling interest.

83. The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, Mattel securities were actively traded on the Nasdaq. While the exact number of Class members is unknown to Plaintiffs at this time and can only be ascertained through appropriate discovery, Plaintiffs believe that there are hundreds or thousands of members in the proposed Class. Millions of Mattel shares were traded publicly during the Class Period on the Nasdaq.

84. Plaintiffs' claims are typical of the claims of Class members, who were all similarly affected by Defendants' wrongful conduct in violation of federal securities laws that is complained of herein. Further, Plaintiffs will fairly and adequately protect the interests of Class members and have retained counsel competent and experienced in class and securities litigation. Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

a. whether the federal securities laws were violated by Defendants' conduct alleged herein;

b. whether statements made by Defendants to the investing public during the Class Period omitted or misrepresented material facts about the business, operations, and prospects of Mattel; and

c. to what extent Class members have sustained damages and the proper measure of damages.

85. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Further, as the damages suffered by individual Class members may be relatively small,

the expense and burden of individual litigation makes it impossible for Class members to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

## IX. UNDISCLOSED ADVERSE FACTS

86. The market for Mattel's securities was open, well-developed and efficient at all relevant times. As a result of these materially false and/or misleading statements, and/or failures to disclose, Mattel's securities traded at artificially inflated prices during the Class Period. Plaintiffs and other members of the Class purchased or otherwise acquired Mattel's securities relying upon the integrity of the market price of the Company's securities and market information relating to Mattel, and have been damaged thereby.

87. During the Class Period, Defendants materially misled the investing public, thereby inflating the price of Mattel's securities, by publicly issuing false and/or misleading statements and/or omitting to disclose material facts necessary to make Defendants' statements, as set forth herein, not false and/or misleading. Said statements and omissions were materially false and/or misleading in that they failed to disclose material adverse information and/or misrepresented the truth about Mattel's business, operations, and prospects as alleged herein.

88. At all relevant times, the material misrepresentations and omissions particularized in this Complaint directly or proximately caused or were a substantial contributing cause of the damages sustained by Plaintiffs and other members of the Class. As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about Mattel's financial well-being and prospects. These material misstatements and/or omissions had the cause and effect of creating in the market an unrealistically positive assessment of the Company and its financial well-being and prospects, thus causing the Company's securities to be overvalued and artificially inflated at all relevant times. Defendants' materially false and/or misleading statements during the Class Period resulted in

Plaintiffs and other members of the Class purchasing the Company's securities at artificially inflated prices, thus causing the damages complained of herein.

## X. APPLICABILITY OF THE FRAUD-ON-THE-MARKET AND *AFFILIATED UTE* PRESUMPTIONS OF RELIANCE

89. The market for Mattel's securities was open, well-developed, and efficient at all relevant times. As a result of Defendants' materially false or misleading statements and material omissions, the Company's securities traded at artificially inflated prices during the Class Period. On February 13, 2019, the Company's stock closed at a Class Period high of $17.07 per share. Plaintiffs and other members of the Class purchased or otherwise acquired the Company's securities relying on the integrity of the market price of such securities and on publicly available market information relating to Mattel; Plaintiffs and Class members have been damaged thereby.

90. During the Class Period, the artificial inflation of the value of Mattel securities was caused by the material misrepresentations and omissions alleged in this Complaint, thereby causing the damages sustained by Plaintiffs and other Class members. As alleged herein, during the Class Period, Defendants made or caused to be made a series of materially false or misleading statements about the Company's business, prospects, and operations, causing the price of the Company's securities to be artificially inflated at all relevant times. When the truth was disclosed, it drove down the value of the Company's securities, causing Plaintiffs and other Class members that had purchased the securities at artificially inflated prices to be damaged as a result.

91. At all relevant times, the market for Mattel's securities was efficient for the following reasons, among others:

a. Mattel's stock met the requirements for listing, and it was listed and actively traded on the Nasdaq, a highly efficient and automated market.

b. As a regulated issuer, Mattel filed periodic public reports with the SEC and/or the Nasdaq.

c. Mattel regularly communicated with public investors via established market communication mechanisms, including through regular dissemination of press releases on the national circuits of major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services.

d. Mattel was followed by securities analysts employed by brokerage firms, who wrote reports about the Company, which reports were distributed to the sales force and certain customers of their respective brokerage firms and were made publicly available.

92. Based on the foregoing, during the Class Period, the market for Mattel securities promptly digested information regarding the Company from all publicly available sources and impounded such information into the price of Mattel securities. Under these circumstances, the market for Mattel securities was efficient during the Class Period and, therefore, investors' purchases of Mattel securities at artificially inflated market prices give rise to a class-wide presumption of reliance under the fraud-on-the-market doctrine.

93. In the alternative, the *Affiliated Ute* presumption of reliance applies to the extent that Defendants' statements during the Class Period involved omissions of material facts.

## XI. <u>NO SAFE HARBOR</u>

94. The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the statements alleged to be false or misleading herein that relate to then-existing facts and conditions, nor does it apply to any material omissions alleged herein. To the extent that statements alleged to be false or misleading are characterized as forward-looking, the statutory safe harbor does not apply to such statements because they were not sufficiently identified as "forward-looking statements" when made, there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from

those in the forward-looking statements, and Defendants had actual knowledge that the forward-looking statements were materially false or misleading at the time each such statement was made.

## XII. COUNTS

### FIRST COUNT
### Violation of Section 10(b) of The Exchange Act and Rule 10b-5 Promulgated Thereunder Against All Defendants

95. Plaintiffs repeat and reallege each and every allegation set forth above as if fully set forth herein. This claim is asserted against all Defendants.

96. During the Class Period, Defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiffs and other Class members, as alleged herein; and (ii) cause Plaintiffs and other members of the Class to purchase Mattel securities at artificially inflated prices. In furtherance of this unlawful scheme, plan and course of conduct, defendants, and each of them, took the actions set forth herein.

97. Defendants (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to maintain artificially high market prices for Mattel securities in violation of Section 10(b) of the Exchange Act and Rule 10b-5. All Defendants are sued either as primary participants in the wrongful and illegal conduct charged herein or as controlling persons as alleged below.

98. Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a continuous course of conduct to conceal adverse material information about Mattel's business, operations, management, and prospects, as specified herein.

99. These Defendants employed devices, schemes and artifices to defraud, while in possession of material adverse nonpublic information and engaged in acts, practices, and a course of conduct as alleged herein in an effort to assure investors of Mattel's value and performance and continued substantial growth, which included the making of, or the participation in the making of, untrue statements of material facts and/or omitting to state material facts necessary in order to make the statements made about Mattel and its operations and financial results, in light of the circumstances under which they were made, not misleading, as set forth more particularly herein, and engaged in transactions, practices and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities during the Class Period.

100. Each of the Individual Defendants' primary liability, and controlling person liability, arises from the following facts: (i) the Individual Defendants were high level executives and/or directors at the Company during the Class Period and members of the Company's management team or had control thereof; (ii) each of the Individual Defendants, by virtue of their responsibilities and activities as a senior officer and/or director of the Company, was privy to and participated in the creation, development and reporting of the Company's internal budgets, plans, projections and/or reports; (iii) each of the Individual Defendants enjoyed significant personal contact and familiarity with the other Defendants and was advised of, and had access to, other members of the Company's management team, internal reports and other data and information about the Company's finances, operations, and sales at all relevant times; and (iv) each of the Individual Defendants was aware of the Company's dissemination of information to the investing public which they knew or recklessly disregarded was materially false and misleading.

101. The Defendants had actual knowledge of the misrepresentations and/or omissions of material facts set forth herein, or acted with reckless disregard for the truth in that they failed to ascertain and to disclose such facts, even though such facts were available to them. Such Defendants' material misrepresentations and/or omissions

were done knowingly or recklessly and for the purpose and effect of concealing Mattel business, operations, management and prospects from the investing public and supporting the artificially inflated price of its securities. As demonstrated by Defendants' overstatements and/or misstatements of the Company's operations and cost estimates throughout the Class Period, Defendants, if they did not have actual knowledge of the misrepresentations and omissions alleged, were reckless in failing to obtain such knowledge by deliberately refraining from taking those steps necessary to discover whether those statements were false or misleading.

102. As a result of the dissemination of the materially false and/or misleading information and/or failure to disclose material facts, as set forth above, the market price of Mattel securities was artificially inflated during the Class Period. In ignorance of the fact that market prices of the Company's securities were artificially inflated, and relying directly or indirectly on the false and misleading statements made by Defendants, or upon the integrity of the market in which the securities trades, and/or in the absence of material adverse information that was known to or recklessly disregarded by Defendants, but not disclosed in public statements by Defendants during the Class Period, Plaintiffs' and the other members of the Class acquired Mattel securities during the Class Period at artificially high prices and were damaged thereby.

103. At the time of said misrepresentations and/or omissions, Plaintiffs and other members of the Class were ignorant of their falsity, and believed them to be true. Had Plaintiffs and the other members of the Class and the marketplace known the truth regarding the problems that Mattel was experiencing, which were not disclosed by Defendants, Plaintiffs and other members of the Class would not have purchased or otherwise acquired their Mattel securities, or, if they had acquired such securities during the Class Period, they would not have done so at the artificially inflated prices which they paid.

104. By virtue of the foregoing, Defendants have violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

105. As a direct and proximate result of Defendants' wrongful conduct, Plaintiffs and the other members of the Class suffered damages in connection with their respective purchases and sales of the Company's securities during the Class Period.

**SECOND COUNT**
**Violation of Section 20(a) of the Exchange Act**
**Against the Individual Defendants**

106. Plaintiffs repeat and reallege each and every allegation contained above as if fully set forth herein.

107. The Individual Defendants acted as controlling persons of Mattel within the meaning of Section 20(a) of the Exchange Act as alleged herein. By virtue of their high-level positions, and their ownership and contractual rights, participation in and/or awareness of the Company's operations and/or intimate knowledge of the false statements filed by the Company with the SEC and disseminated to the investing public, the Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements which Plaintiffs contend are false and misleading. The Individual Defendants were provided with or had unlimited access to copies of the Company's reports, press releases, public filings and other statements alleged by Plaintiffs to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

108. In particular, each of these Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, is presumed to have had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

109. As set forth above, Mattel and the Individual Defendants each violated Section 10(b) and Rule 10b-5 by their acts and/or omissions as alleged in this Complaint. By virtue of their positions as controlling persons, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act. As a direct and

proximate result of Defendants' wrongful conduct, Plaintiffs and other members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

## XIII. PRAYER FOR RELIEF

110. WHEREFORE, Plaintiffs pray for relief and judgment, as follows:

(a) Determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure;

(b) Awarding compensatory damages in favor of Plaintiffs and all other Class members against all Defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

(c) Awarding Plaintiffs and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d) Such other and further relief as the Court may deem just and proper.

## XIV. JURY TRIAL DEMANDED

111. Plaintiffs hereby demand a trial by jury.

///

///

///

///

///

///

///

///

DATED: July 8, 2019

**GLANCY PRONGAY & MURRAY LLP**

By: *Casey E. Sadler*
Lionel Z. Glancy
Robert V. Prongay
Casey E. Sadler
Vahe Mesropyan
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: lglancy@glancylaw.com
rprongay@glancylaw.com
csadler@glancylaw.com
vmesropyan@glancylaw.com

**GIBBS LAW GROUP LLP**
Eric H. Gibbs
David Stein
Amanda M. Karl
John A. Kehoe
Telephone: (510) 350-9700
Email: ehg@classlawgroup.com
ds@classlawgroup.com
amk@classlawgroup.com
jak@classlawgroup.com

*Counsel for Lead Plaintiffs*

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867
Email:howardsmith@howardsmithlaw.com

*Additional Counsel for Lead Plaintiffs*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On July 8, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 8, 2019, at Los Angeles, California.

*s/ Casey E. Sadler*
Casey E. Sadler